Territorial Law Library

FILED
SUPERIOR COURT

2013 AUG -8 PM 5: 23

CLERK OF COURT

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| ODILIA BAUTISTA and JOSEPH A. GUTHRIE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GERALD S.A. PEREZ, et al.,<br><br>    Defendants. | CIVIL CASE NO. CV1848-01<br><br>**DECISION AND ORDER ON SECOND MOTION FOR ENFORCEMENT** |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on June 24, 2013 on Plaintiff's Second Motion for Enforcement Order. Plaintiff Joseph A. Guthrie is acting *pro se*. Defendants, Trustees of the Government of Guam Retirement Fund (hereinafter, "Board"), are represented by Attorney Elyze M. Iriarte. Attorney Phillip Torres appeared on behalf of Odilia Bautista. The Court now issues its Decision and Order.

## BACKGROUND

On March 30, 2012, Plaintiff Guthrie filed, *inter alia*, his Second Motion for Enforcement Order. On May 31, 2013, this Court issued a Decision and Order which dispensed with all pertinent issues except for the Second Motion for Enforcement Order. There, this Court found that "the actions Plaintiff proposes in this motion are so substantive and fact-specific that more information on the matter must be provided." *Decision and Order*, May 31, 2013 at 4. Due to the deficiency of information on the issue, this Court then issued an Order to Show Cause upon Defendants as to whether this Court should Grant Plaintiff's motion.



On June 17, 2013, Board filed its Response to the Order to Show Cause and attached thereto the declaration of Paula M. Blas. A hearing was held on June 24, 2013. The information provided to this Court in the pleadings and at the hearing was taken into consideration. For the reasons set forth below, this Court shall deny Plaintiff's motion.

## DISCUSSION

In the May 31, 2013 Decision and Order, Board issued an order to show cause as to whether (1) the Board must cease processing applications for retirement from employees of non-autonomous agencies if appropriations for interest-only payments from PL 31-77 are exhausted and if the Legislature has failed to supplement its appropriations for interest-only payments to the Fund; (2) the Board must "challenge the Organicity" of PL 28-38 in Court; and (3) this Court should rule that the Medical Insurance Bailout Agreement of FY 2011 is void. *See Decision and Order*, May 31, 2013 at 11.

As to item (1) above, the Board, through declarations by Director Paula Blas, represents to the Court that Public Law 31-77 funds were never exhausted. P.L. 31-77 appropriated $332,753 for the "interest only" payments first introduced in P.L. 28-38. However, the Fund received more than its appropriation, receiving $764,703.47. Proceeds from a bond issuance enabled full funding of all amounts owed to the Retirement Fund since the inception of the P.L. 28-38 interest-only payments. As a result, the Board states "The Fund has therefore been made whole."

As to item (2) above, the Board argues it is not their role to challenge legislation that may or may not violate the Organic Act, but rather to "challenge legislation amending the DB Plan that would increase benefit levels, expand minimum eligibility requirements, reduce or delay funding of contributions, or otherwise impair the ability of the government to continue to provide retirement, disability, and survivor benefits to members and beneficiaries." *Decision and Order*, Feb. 18, 2003 at 13-14. This Court agrees.

Decision and Order
Case No. CV1848-01

As to item (3) above, the Board argues that this issue has already been decided in this Court's March 13, 2012 Order disposing of Plaintiff Guthrie's Motion for Enforcement Order. This Court agrees.

## CONCLUSION

For the reasons set forth above, this Court concludes that the issues presented in Plaintiff Guthrie's Second Motion for Enforcement Order are moot. Plaintiff's motion is hereby **DENIED**.

It is **SO ORDERED** this 8th day of August, 2013.

AUG 0 8 2013

_____

HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

AUG 0 8 2013

Esther L.G. Pinaula
Deputy Clerk, Superior Court of Guam


**ORIGINAL**